United States District Court
Southern District of Texas

**ENTERED**

January 08, 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| MICROCAPITAL FUND LP, et al., | § | Civil Action No. 4:18-cv-01020-KPE |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| CONN'S, INC., et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

1514150_1

The Court, having considered Plaintiffs' Unopposed Motion to File Under Seal Documents in Support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss (the "Motion"), applicable authority and all evidence and argument in connection thereto, the Court hereby ORDERS:

Plaintiffs' Motion is GRANTED. The following documents are permitted to be filed under seal: (i) Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss; (ii) Declaration of Steven W. Pepich in Support of the Opposition and Exhibits 1-18; and (iii) the Chart of False and Misleading Statements (Appendix A to Plaintiffs' Motion for Leave to Submit Chart of False and Misleading Statements in Support of Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss).

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED: January 7, 2019

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

- 1 -

1514150_1