UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICROCAPITAL FUND LP, *et al*, | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-1020 |
| CONN'S INC., *et al*, | § |
| Defendants. | § |

## **ORDER**

The Report and Recommendation (Document 66) is adopted.

Plaintiffs have twenty days to amend their Complaint.

**IT IS SO ORDERED.**

SIGNED this 24th day of September, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1 / 1