# Motions

4:18-cv-01020 Microcapital Fund LP, et al v. Conn's Inc.. et al

MAG,MOTREF,STAYED

# U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered by Radcliffe, Willow on 10/2/2019 at 1:58 PM CDT and filed on 10/2/2019

**Case Name:** Microcapital Fund LP, et al v. Conn's Inc.. et al
**Case Number:** 4:18-cv-01020
**Filer:** Microcapital Fund LP
Microcapital Fund Ltd
Microcapital LLC

**Document Number:** 93

**Docket Text:**
**Unopposed MOTION for Extension of Time Deadlines for Plaintiffs Amended Complaint and Other Briefings Related to Defendants Motion to DismissMotions referred to Dena Hanovice Palermo. by Microcapital Fund LP, Microcapital Fund Ltd, Microcapital LLC, filed. Motion Docket Date 10/23/2019. (Attachments: # (1) Proposed Order Granting Plaintiffs Unopposed Motion to Extend Deadlines for Plaintiffs Amended Complaint and Other Briefings Related to Defendants Motion to Dismiss)(Radcliffe, Willow)**

**4:18-cv-01020 Notice has been electronically mailed to:**

Hillary B Stakem     hstakem@rgrdlaw.com, 9891662420@filings.docketbird.com, creis@rgrdlaw.com, e_file_sd@rgrdlaw.com, smorris@rgrdlaw.com

Jason Anthony Richardson     jason.richardson@mhllp.com, kimberly.venzant@mhllp.com

Jennifer Barrett Poppe     jpoppe@velaw.com, agonzalez@velaw.com, kfischer@velaw.com

Lindsey Diane Pryor     lpryor@velaw.com

Mark Solomon     marks@rgrdlaw.com, MSonney@rgrdlaw.com

Megan Marie Coker     megancoker@velaw.com

Patton Johnson     pjohnson@rgrdlaw.com

Stephen Sullivan Gilstrap     sgilstrap@velaw.com

Steven W Pepich     stevep@rgrdlaw.com

Willow E. Radcliffe     willowr@rgrdlaw.com, 1905843420@filings.docketbird.com

**4:18-cv-01020 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=10/2/2019] [FileNumber=31721535-0] [3012a53adae34bac13ffa6ebd92a32ea52d5a116686d6613b6d67e4363ef317f53b496d56f27aebb0da63863d9ecbdbb04cab177ee08d7d19445fa66f6bdf1dc]]

**Document d escription:** Proposed Order Granting Plaintiffs Unopposed Motion to Extend Deadlines for Plaintiffs Amended Complaint and Other Briefings Related to Defendants Motion to Dismiss
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=10/2/2019] [FileNumber=31721535-1] [68d0d4a4a34c3f21c7e85099ab1e59819504bd32312183f55658f1fe8125801ff5a60d2c02261c42b8058023086c44082294b8aafc6acf3ae4514e0e7a427c60]]