UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MICROCAPITAL FUND LP, et al., | § | Civil Action No. 4:18-cv-01020-KPE |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| CONN'S, INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**STIPULATION OF DISMISSAL**

All parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate to the dismissal with prejudice of the action. The parties shall bear their own costs.

Dated: November 18, 2021	By: _____/s/ Mark Solomon_____
Mark Solomon
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
marks@rgrdlaw.com

*Attorney for Plaintiffs MicroCapital Fund LP, MicroCapital Fund Ltd. and MicroCapital LLC*

By: ____/s/ Marisa Secco Giles  (w/permission)
Marisa Secco Giles
VINSON & ELKINS
2801 Via Fortuna, Suite 100
Austin, TX  78746
mgiles@velaw.com

*Attorney for Defendants Conn's, Inc., Theodore M. Wright, Michael J. Poppe and Brian E. Taylor*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 18, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Mark Solomon
MARK SOLOMON

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  marks@rgrdlaw.com

# Mailing Information for a Case 4:18-cv-01020 Microcapital Fund LP, et al v. Conn's Inc., et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Kenneth J Black**
  kennyb@rgrdlaw.com

- **Marisa Secco Giles**
  mgiles@velaw.com,levans@velaw.com,kfischer@velaw.com

- **Patton L Johnson**
  pjohnson@rgrdlaw.com,tdevries@rgrdlaw.com

- **James Lewis Leader , Jr**
  jleader@velaw.com,ehenderson@velaw.com

- **Steven W Pepich**
  stevep@rgrdlaw.com

- **Lindsey Diane Pryor**
  lpryor@velaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,WillowR@ecf.courtdrive.com,smorris@ecf.courtdrive.com

- **Jason Anthony Richardson**
  jason.richardson@mhllp.com,kimberly.venzant@mhllp.com

- **Mark Solomon**
  marks@rgrdlaw.com,MSonney@rgrdlaw.com

- **Hillary B Stakem**
  hstakem@rgrdlaw.com,smorris@rgrdlaw.com,e_file_sd@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`