United States District Court
Southern District of Texas
**ENTERED**
March 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MICROCAPITAL FUND LP,** *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-01020 |
| § | |
| **CONN'S INC.,** *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On November 18, 2021, the Parties jointly stipulated to the dismissal of this action with prejudice, with the parties to bear their own costs. (Doc. 176.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims are **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on March 24, 2022.

_____
Keith P. Ellison
United States District Judge